UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:17-cr-60-FtM-38MRM

WILLIAM PIPER

## **ORDER**

This matter comes before the Court on the Unopposed Motion to Obtain Copies of Documents, Exhibits, and Docket Entries (Doc. #103) filed on January 31, 2019. Appellate counsel was appointed on January 2, 2019 to represent the defendant for purposes of appeal. *See* Doc. 97. Counsel now seeks to obtain documents in the instant case in order to recreate the record and effectively represent defendant on appeal. Specifically, counsel seeks the production of the following documents: 15, 20, 21, S-29, 43, 44, 45, 53, 54, 55, S-57, S-58, S-59, S-60, 78, 80, 81, 84, 90, 95, 96. The government does not object to the request of appellate counsel. For good cause shown, the Court will grant the release of the documents as outlined below.

Accordingly, it is now

**ORDERED:**

1) The Unopposed Motion to Obtain Copies of Documents, Exhibits, and Docket Entries (Doc. #103) is **GRANTED**. Specifically, the Court permits the release of documents 15, 20, 21, S-29, 43, 44, 45, 53, 54, 55, S-57, S-58, S-59, S-60, 78, 80, 81, 84, 90, 95, 96.

2) To the extent any of the identified documents are under seal, the Court permits counsel to receive a copy of those specific documents.

**DONE AND ORDERED** at Fort Myers, Florida, this February 19, 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record